IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 2 7 2004

CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

IN RE:

LAZEL & RHONDA JEAN FISHER

   Debtor(s).

CHAPTER 13

CASE NO. 04-14398 NLJ

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

ON 08/10/2004, THIS MATTER CAME ON FOR CONSIDERATION OF CONFIRMATION OF A PLAN. AFTER CONSIDERATION, THE COURT DETERMINED CONFIRMATION SHOULD BE DENIED AND THE CASE SHOULD BE DISMISSED WITH PREJUDICE.

IT IS THEREFORE ORDERED THAT CONFIRMATION IS DENIED AND THE CASE IS DISMISSED WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTIONS 109(g) and 1307(c).

DATED: _____AUG 2 7 2004_____

THE HONORABLE NILES JACKSON
U.S. BANKRUPTCY JUDGE

APPROVED BY:

JOHN T. HARDEMAN
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#228/RH