F I L E   C O P Y

(form59)                                                        FILED
                                                              08/30/04

UNITED STATES BANKRUPTCY COURT          Grant Price,  Clerk
Western District of Oklahoma            U.S. Bankruptcy Court
                                        West. Dist. of Oklahoma
                                               by: nadk

In re:  Lazel Fisher and Rhonda Jean Fisher

                                   Case No.: 04 - 14398    Chapter: 13

CLERK'S NOTICE OF ORDER

Pursuant to Federal Rules of Bankruptcy Procedure 9022, you are

hereby notified that a Judgment/Order(s) was entered on 8/27/04

in the above entitled case/proceeding re:

> Order   Of Dismissal With Prejudice.  At a hearing on
> 8/10/04 to consider confirmation of a plan, the Court
> determined confirmation should be denied and the case
> should be dismissed with prejudice.  Signed by Judge
> JACKSON cc: Hardeman AUST NLJ Service by: jm Date: 8/27/04

Dated: 08/30/04

                                FOR THE COURT
                                GRANT E. PRICE, CLERK

                                by:  nadk
                                Deputy Clerk

(rev. 9-99)

23

Notice sent to:

Monte J. White
Attorney
1106 Brook Ave
Suite 1200
Wichita Falls , TX   76301

Rhonda E. Rosenblum
Beckett & Lee LLP
PO Box 3001 Dept.
Malvern , PA   19355-0701

Rhonda E. Rosenblum
PO Box 35480
Newark , NJ   07193-5480

Joseph P. Gappa
Assistant General Counsel
PO Box 53248
Oklahoma City , OK   73152-3248

J. Michael Morrison
Love, Beal & Nixon, P.C.
P.O. Box 32738
Oklahoma City , OK   73123

Kathryn E. Ivey
P.O. Box 267
Coalgate , OK   74538

Lisa H. Bryant
Triad Center Suite 240
7666 East 61st Street
Tulsa , OK   74133

Lazel Fisher
1100 E. Broadway
Altus , OK   73521

Rhonda Jean Fisher
1100 E. Broadway
Altus , OK   73521

John T. Hardeman
PO Box 1948
Oklahoma City , OK   73101

Herbert M. Graves
Assist. U.S. Trustee
US Trustee's Office
201 Dean A. McGee Ave., 4th Floor
Oklahoma City , OK   73102

eCAST SETTLEMENT CORP/ASSOCIATES
PO BOX 35480
NEWARK NJ 07193 5480

OKLAHOMT TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSELS OFFICE
PO BOX 53248
OKLAHOMA CITY OK 73152-3248

SURETY FINANCE
1511 NORTH MAIN STREET
ALTUS OK 73521

SFC-CENTRAL BKCY & RECOVERY
652 BUSH RIVER RD STE 206
COLUMBIA SC 29210

SHAMROCK BANK
PO BOX 2676
COALGATE OK 74538

SECURITY FINANCE
720 N MAIN
ALTUS OK 73521

RHONDA JEAN FISHER
1100 E BROADWAY
ALTUS OK 73521

RED RIVER COMMUNITY CREDIT UNION
PO BOX 638
ALTUS OK 73522-0638

eCAST SETTLEMENT CORP/PROVIDIAN
PO BOX 35480
NEWARK NJ 07193 5480

PROGRESSIVE
PO BOX 31613
TAMPA FL 33631-3613

MONTE J WHITE AND ASSOCIATES
1106 BROOK AVE
WICHITA FALLS TX 76301

LOWELL TIMS FUNERAL HOME
1100 E TAMARACK RD
ALTUS OK 73521

LITTON LOAN SERVICE LP
4828 LOOP CENTRAL DR
HOUSTON TX 77081-2226

COUNTRYWIDE HOME LOANS/LITTON
PO BOX 4528
HOUSTON TX 77210

LAZEL FISHER

1100 E BROADWAY
ALTUS OK 73521

JOHN T HARDEMAN
321 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

JANET S WRIGHT JACKSON COUNTY TREA
PO BOX 939
ALTUS OK 73522

eCAST SETTLEMENT CORP/HOUSEHOLD
PO BOX 35480
NEWARK NJ 07193 5480

HEARTLAND LOAN
1501 N MAIN
ALTUS OK 73521

GENERAL MOTORS ACCEPTANCE CORP
PO BOX 901009
FT WORTH TX 76101

GM CARD
PO BOX 60119
CITY OF INDUSTRY CA 91716-0119

FORD CREDIT
PO BOX 6508
MESA AZ 85216

CITI CARDS
PO BOX 660370
DALLAS TX 75266-0370

CHEVRON CREDIT BANK NA
PO BOX 5010
CONCORD CA 94524

eCAST SETTLEMETN CORP/CHASE
PO BOX 35480
NEWARK NJ 07193 5480

CELLULAR ONE
PO BOX 79128
PHOENIX AZ 85062-9128

CAPITAL ONE
PO BOX 25131
RICHMOND VA 23276-0001

CAPITAL ONE
PO BOX 34631
SEATTLE WA 98124-1631

CAPITAL ONE
PO BOX 85167
RICHMOND VA 23285

BASIC CREDIT CORPORATION

```
1146 N MAIN
ALTUS OK 73521

BANK OF AMERICA
PO BOX 2278
NORFOLK VA 23501 2278

B-LINE LLC/BANKFIRST
2101 4TH AVE STE 900
SEATTLE WA 98121

AMERICAN EXPRESS
PO BOX 3001
MALVERN PA 19355 0701

ACTION CARD/BANK FIRST
PO BOX 650310
DALLAS TX 75265-0310
```