(form52)                                                          FILED

                                                                10/14/04

UNITED STATES BANKRUPTCY COURT          Grant Price, Clerk
Western District of Oklahoma            U.S. Bankruptcty Court
                                        West. Dist. of Oklahoma
                                        by: vcof

In re:  Lazel Fisher and Rhonda Jean Fisher

                                        Case No.: 04 - 14398
                                        Judge:  Niles L. Jackson

FINAL DECREE

The estate of the above named debtor(s) has been dismissed.

Accordingly, IT IS ORDERED that the trustee, John T. Hardeman,

is discharged and this case is closed.

Dated: 10/14/04

                                        _____
                                        United States Bankruptcy Judge

(rev. 1-99)